E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  TIMMS     JOVAUGH     H
    (Last)       (First)      (Initial)

Prisoner Number   2338414

Institutional Address  CJ5 P.O. Box 67 San Bruno, CA 94066
San Bruno County Jail

===============================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JoVaughn Timms
(Enter the full name of plaintiff in this action.)

    vs.

San Francisco Police Dept.
Police Chief Heather Fong
City and County of San Francisco
San Francisco Corporation
(Enter the full name of the defendant(s) in this action))

CV 08 1414 MHP (PR)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

  A.  Place of present confinement  CJ5 San Bruno County Jail

  B.  Is there a grievance procedure in this institution?
      YES (X)   NO ( )

  C.  Did you present the facts in your complaint for review through the grievance procedure?
      YES (X)   NO ( )

  D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT      - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal _____N/A_____
4  _____
5  _____2. First
6  formal level_____
7  _____
8  _____
9  3. Second formal level_____
10 _____
11 _____4 Third
12 formal level _____
13 _____
14 _____

15  E.  Is the last level to which you appealed the highest level of appeal available to
16      you?
17          YES ( )    NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why._____N/A_____
20 _____
21 _____

22 II.  Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24      if any.
25 Jo'Vaughn Timms #2338414
26 (CJ5) P.O. Box 67, San Bruno, CA. 94066
27 _____
28  B.  Write the full name of each defendant, his or her official position, and his or her

Racism, (also in court) judge was bias, the D.A.
COMPLAINT did not want to take me to jail, the judge
seem to have no regard, angry, and my
attorney did really fight for my best interest.
If I had a paid attorney I would still be
free.

1  place of employment.
2  San Francisco Conservation Corps
3  1550 Bryant st
4  San Francisco, Ca. 94103
5
6  _____ III.
7  Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph. I was sick, and missed my dept.
12 15 court appearance at 850 Bryant Courthouse.
13 I requested my lawyer "Jonah Chu" to add me to
14 calendar for another appearance. It was done, and
15 they faxed a copy of the new "courtdate", in compliance
16 with regulations... It was 4:00AM one morning, I had
17 come downstairs to get cigarettes, on the weeknight,
18 when two undercover cops stop me, asked me to
19 let them search me for weapons, I complied, but
20 ask what was their probable-cause for stopping me,
21 the said I walked against a flashing red-light.
22 They ran warrant-check, after I told them I missed
23 court, but that I had the "add to caledar" from
24 court, for the very next day, 10/19/07, I was
25 arrested 10/18/07, sentenced to ten months
   IV.   Relief
26       Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT False Arrest, False -3- Imprisonment, Unlawful
Detainment, loss of wages, pain and suffering.

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____

7    I declare under penalty of perjury that the foregoing is true and correct.

9    Signed this ___8th___ day of ___March___, 20_08_

11    _____/s/ J. Vaughn T._____
12                    (Plaintiff's signature)

COMPLAINT                                          - 4 -

