*E-filing*

*FILED*

*MAR 12 PH 3: 15*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NO. DIST. OF CALIFORNIA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JoVaughn Timms

                                  Plaintiff,

        vs.

San Francisco Police Dept
Heather Fong
City and County of S.F.    Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED MHP**
**IN FORMA PAUPERIS**

**(PR)**

I, __JoVaughn Timms__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Ø_____ Net: _____Ø_____

Employer: _____N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9         a.    Business, Profession or            Yes ____ No  X

10              self employment

11        b.    Income from stocks, bonds,          Yes ____ No  X

12              or royalties?

13        c.    Rent payments?                      Yes ____ No  X

14        d.    Pensions, annuities, or             Yes ____ No  X

15              life insurance payments?

16        e.    Federal or State welfare payments,  Yes ____ No  X

17              Social Security or other govern-

18              ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.    Are you married? *But I have a son.*  Yes ___ No  ✓

24    Spouse's Full Name: _____ *N/A* _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____  Net $_____

28    4.    a.    List amount you contribute to your spouse's support:$ _____

1     b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?           Yes ____ No ✓

8    Estimated Market Value: $___∅___ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                      Yes ____ No ✓

10   Make ___N/A___ Year _____ Model _____

11   Is it financed? Yes _____ No ✓ If so, Total due: $ _____

12   Monthly Payment: $ ___∅___

13   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ ___∅_____

17   Do you own any cash? Yes ____ No ✓ Amount: $ ___∅_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ✓

20   ___N.A._____

21   8.    What are your monthly expenses? *Varies when not incarcerated*

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts: *None*

25   Name of Account        Monthly Payment              Total Owed on This Acct.

26   _____ $ _____ $ _____

27   _____ $ _____ $ _____

28   _____ $ _____ $ _____ 9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes _____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  *3/8/08*

17        DATE                                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28