Name: Jo'Vaugh Timms          3/10/08
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Tele:

## IN THE UNITED STATES DISTRICT COURT FOR THE
## ✳ ⧊ NORTHERN DISTRICT OF CALIFORNIA ⧊ ✳

Jo'Vaughn Timms
      Plaintiff  
      v.  
San Francisco Police Dept.  
Police Chief Heather Fong,  
City of San Francisco    et al,  
      Defendants

SUMMONS

E-filing CV 08 1414

Civil Action No. _____

MHP

TO THE ABOVE-NAMED DEFENDANTS:

(PR)

You are hereby summoned and required to serve upon plaintiff, whose address is [P.O. Box 67 @ San Bruno, Ca. 94066] an answer to the complaint which is herewith served upon you, within 20 days of service of this complaint/summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____